IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD FRANCIS MACKAY, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ESTATE OF ELIZABETH MAYFIELD MACKAY, et al. | : | NO. 11-5135 |

### O R D E R

AND NOW, this 7th day of August, 2012, upon consideration of plaintiff's pro se amended complaint (Document No. 22) it is ORDERED that:

1. The amended complaint is DISMISSED for lack of jurisdiction.

2. The Clerk of Court shall close this case.

**BY THE COURT:**

_____
**MITCHELL S. GOLDBERG, J.**